PROB 12C

# United States District Court

## for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: April 19, 2016

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2016

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Lance Frank | Case Number: 0980 2:09CR02075-EFS-1 |
| Address of Offender: ▬▬▬▬, Wapato, Washington 98951 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 27, 2011

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Voluntary Manslaughter and Aiding and Abetting, 18 U.S.C. §§ 1153, 1112 and 2 | |
| Original Sentence: | Prison 90 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: April 1, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 31, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On April 15, 2015, Mr. Frank was arrested for disorderly conduct and threats to law enforcement by the Yakama Nation Police Department, relative to incident report number 16-002825. |
| | According to the Yakama Nation Police's narrative in the incident report, Mr. Frank was contacted outside of his home on 404 Huli Circle, in Wapato, Washington.  At that time he was yelling with his fist clinched as if he was going to fight another individual.  It is reported Mr. Frank was not cooperative during this encounter and he was verbally abusive and resistive toward the arresting officers.  This caused Mr. Frank to be restrained by force. It was also reported Mr. Frank threatened to kill both responding officers multiple times during the encounter. |
| 2 | **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

Prob12C
**Re: Frank, Lance**
**April 19, 2016**
**Page 2**

**Supporting Evidence**: On April 15, 2015, Mr. Frank was observed by the Yakama Nation Police to be under the influence of alcohol.

The responding officer in the above-noted supporting evidence made contact with a shirtless male who was intoxicated and yelling. It was reported that during the arrest, Mr. Frank was highly intoxicated with slurred speech and blood shot, watery eyes. The officer noted Mr. Frank also could not keep a steady balance when walking toward the officer's patrol car.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 19, 2016

s/Jonathan G. Barcom

Jonathan G. Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

04/20/2016

Date