PROB 12C
(7/93)

Report Date: May 16, 2016

## United States District Court

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

for the

MAY 17 2016

### Eastern District of Washington

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lance Frank | Case Number: 0980 2:09CR02075-EFS-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 27, 2011

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Voluntary Manslaughter and Aiding and Abetting, 18 U.S.C. § 1153, 1112 and 2 | |
| Original Sentence: | Prison 90 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: April 1, 2016 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: March 31, 2019 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on **April 19, 2016.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Frank was arrested by Yakama Nation Tribal Police for domestic violence disturbing the peace on Sunday, May 15, 2016. |
| | On May 15, 2016, this officer received a phone call from Mr. Frank's sister, Dawn Frank, who stated Mr. Frank had been arrested by Tribal Police for being intoxicated and aggressive in her home. |
| | On Monday, May 16, 2016, this officer received two police reports from the Yakama Nation Police Department (YNPD) outlining the encounter. YNPD was dispatched to 404 Huli Circle, Wapato, Washington, referencing a call that Mr. Frank was intoxicated and breaking items inside the residence. |

YNPD officers observed Mr. Frank outside the residence with his shirt off and yelling. While officers attempted to detain Mr. Frank, he became resistant causing them to restrain him by force. Officers observed Mr. Frank to be intoxicated with slurred speech and blood shot watery eyes.

A witness told YNPD Mr. Frank came back to the residence intoxicated and was throwing items around in the home and breaking Dawn's dishes. She also stated Mr. Frank threatened her step-father.

When YNPD arrived at the Yakama Nation Jail, staff conducted a breathalyzer test on Mr. Frank. He blew a .300 and corrections staff advised YNPD they could not book Mr. Frank due to his intoxication level.

YNPD attempted to take Mr. Frank to another family members home who stated they did not want him at their residence. YNPD then transported Mr. Frank to Noah's Ark in Wapato, Washington, where he was released.

At approximately 11:50 p.m. that same day YNPD was dispatched again to 404 Huli Circle. Mr. Frank had returned from Noah's Ark and was at the residence yelling. Dawn Frank advised the officer she wanted Mr. Frank removed. The YNPD officer detained Mr. Frank and took him to 900 West First Avenue, Toppenish, Washington.

4  **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: As mentioned in violation 3, Mr. Frank was observed by Yakama Nation Police to be intoxicated and proceeded to blow a .300 at the Yakama Nation Jail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 16, 2016

s/Jonathan G. Barcom

Jonathan G Barcom
U.S. Probation Officer

Prob12C
Re: Frank, Lance
May 16, 2016
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

May 17, 2016
Date