PROB 12C
(6/16)

Report Date: May 23, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lance Frank | Case Number: 0980 2:09CR02075-EFS-1 |
| Address of Offender: | Yakima, Washington 98902 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 27, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Crime on Indian Reservation, Voluntary Manslaughter and Aiding and Abetting, 18 U.S.C. § 1153, 1112 and 2 | | |
| Original Sentence: | Prison - 90 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: | Prison - 8 months; TSR - 28 months | | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: | May 5, 2017 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: | September 4, 2019 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition # 27**: The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days at the direction of the supervising officer.  The defendant's participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.
 | **Supporting Evidence**: On May 19, 2017, Mr. Frank walked away from the RRC in Spokane, Washington, in direct violation of the rules and requirements of the facility.
 | On May 20, 2017, this officer received an email from Mr. Frank's case manager advising the defendant left the RRC without permission on May 19, 2017, shortly after 11 p.m. According to the case manager, Mr. Frank appeared to be acting as if he was under the influence when he returned from an approved outing.  Mr. Frank then picked a fight with another resident and left the RRC shortly thereafter.

Prob12C

**Re: Frank, Lance**
**May 23, 2017**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 23, 2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

May 25, 2017

Date